No. 3580.—Bonilla, apdo., *v.* Echeandía et al., apltes.— C. D. Aguadilla. Jun. 15, 1925. Reivindicación.

Examinada la moción de reconsideración de junio 13, 1925, sustitúyanse las palabras "las demandadas" que aparecen al final del primer párrafo, error 4, página 3, de la opinión, por las siguientes: "La demandada Josefa Echeandía," y sustitúyanse las dos primeras oraciones del párrafo segundo, error 4, página 3, de la opinión, por las que siguen: "Se inició pleito en cobro de dinero contra el primitivo dueño de las casas. Dictada sentencia favorable a la parte demandante para ejecutarla se embargaron dichas casas y anunciada luego su venta en pública subasta se adjudicaron al postor la demandada Josefa Echeandía." (Pág. 335.)

Y no alterando dichas correcciones las conclusiones, a que llegara esta corte, ni existiendo motivos justificados para reconsiderar la sentencia, *se declara* sin lugar la dicha moción de reconsideración.

No. 3677.—Ramírez, *trustee* etc., aplte., *v.* A. Pérez Hno., apda.—C. D. Humacao. Jun. 19, 1925. Cobro de dinero. Desestimada la apelación a instancia del apelado por no ser apelable la sentencia recurrida por ser la cuantía de la misma, dictada en apelación por la corte de distrito, inferior a trescientos dollars.